**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
E-mail: kate.bunker@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**OMAR NUKTA**,<br><br>Debtor. | Case No. 1:20-bk-10936-VK<br><br>Chapter 7<br><br>**APPLICATION FOR APPROVAL OF STIPULATION AND STIPULATION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(A) WITH A ONE-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a)**<br><br>[No Hearing Required] |

The United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and Omar Nukta (the "Debtor"), by his undersigned counsel, (collectively, the "Parties"), do hereby stipulate and agree as follows.

**Recitals**

This stipulation is entered into with reference to the following facts:

A.   On May 19, 2020, the Debtor filed a petition for chapter 7 bankruptcy relief in the United States Bankruptcy Court for the Central District of California, assigned case number 1:20-bk-10936-VK.

1

B.  On June 2, 2020, the Debtor filed his schedules and statements, some which were subsequently amended.  On amended Schedule A/B, the Debtor lists owning no real property and $15,880 in personal property, including his 100% ownership interest in LOR Consulting Services valued at $2,000 and MBR Medical Beauty Research USA LLC valued at $0.  Also, on amended Schedule A/B, the Debtor lists that he is leasing a 2017 Rolls-Royce and 2018 Mercedes-Benz.

C.  On amended Schedule E/F, he lists owing $90,000 in priority tax debt and $523,325.66 in unsecured debt, a majority of which is related to credit card debt.  On amended Schedule E/F, the Debtor also lists a number of creditors for which he lists the value of their claim as $0, but then describes the claim as a business debt ranging anywhere from $0 to $1.65 million.

D.  On Schedule I, the Debtor lists that he is unemployed and receiving $4,200 in contributions from his father and girlfriend.  On item 4 of the amended Statement of Financial Affairs ("SOFA"), the Debtor lists that he had $0 from operating his business from January 1, 2020 to the filing of the petition, an unknown amount in 2019, and $338,343 in 2018.  The SOFA also disclosed that the Debtor had been a member of several LLCs and companies since 2016.

E.  On June 26, 2020, the Debtor's initial meeting of creditors pursuant to 11 U.S.C. § 341(a) was held.  The Debtor failed to appear.  Accordingly, the meeting was continued to July 13, 2020.

F.  On June 29, 2020, the U.S. Trustee sent Debtor's counsel an email requesting that the Debtor provide information about his credit card debt and the $0 business debts listed on Schedule E/F, financial accounts held by the debtor or controlled by him in the last three years, prior employment, the litigation listed on the amended SOFA, and LOR Consulting Services LLC and MBR Medical Beauty Research LLC (the "June 29 Inquiry").  The June 29 Inquiry also requested that the Debtor provide copies of his bank statements for his First Republic account, profit and loss statements, bank statements and tax returns for 2018 and 2019 for his businesses listed on amended Schedule A/B, his own personal tax returns for

2

1 | 2018 and 2019, and his credit report. A response was requested to be provided by July 10,
2 | 2020.
3 |     G.    As of the July 13 continued § 341(a) meeting, the Debtor had not responded to
4 | the June 29 Inquiry. In addition, he failed to appear at that meeting.
5 |     H.    Based on the fact that the Debtor has failed to testify to the accuracy of his
6 | schedule and statements, provide any explanation about the $523,325.66 in unsecured debt
7 | listed on amended Schedule E/F and significant decrease in income from 2018 to 2020,
8 | provide documentation supporting that his debt is in fact business related, and respond to the
9 | U.S. Trustee June 29 Inquiry, the U.S. Trustee and the Debtor agree that dismissal of the
10 | Debtor's bankruptcy case with a one-year bar to refiling is appropriate.
11 |     I.    The Parties are entering into this stipulation freely and voluntarily.
12 |     J.    Therefore, the Parties respectfully request that this stipulation be approved
13 | and accompanying Order be entered.

**Stipulation**

15 | The U.S. Trustee and Debtor hereby agree that this chapter 7 case be dismissed
16 | pursuant to 11 U.S.C. § 707(b)(3)(A) with a one-year bar to refiling pursuant to 11 U.S.C.
17 | §§ 105(a) and 349(a).
18 | IT IS SO STIPULATED.

Dated: July 17, 2020

The Orantes Law Firm, A.P.C.

By: _____
Giovanni Orantes, Attorney for
Omar Nukta

Dated: July 14, 2020

United States Trustee

By: /s/ *Katherine C. Bunker*
Katherine C. Bunker
Trial Attorney

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled: APPLICATION FOR APPROVAL OF STIPULATION AND STIPULATION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(A) WITH A ONE-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/20/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **7/20/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/20/2020 | Gabriel A Rodriguez | /s/ Gabriel A Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Ambrish B Patel    apatelEI@americaninfosource.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Diane C Weil (TR)    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,dweil@iq7technology.com,alopez@dcweillaw.com;ecf.alert+Weil@titlexi.com

**SERVED BY U.S. MAIL**

Omar Nukta
21900 Burbank Blvd., 3rd Floor
Woodland Hills, CA 91367

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

SEE CONTINUATION ON NEXT PAGE

```
Label Matrix for local noticing        BMW Financial Services NA, LLC c/o AIS Port    Daimler Trust
0973-1                                  4515 N Santa Fe Ave. Dept. APS                 c/o BK Servicing, LLC
Case 1:20-bk-10936-VK                   Oklahoma City, OK 73118-7901                   PO Box 131265
Central District of California                                                         Roseville, MN 55113-0011
San Fernando Valley
Mon Jul 20 17:47:22 PDT 2020

San Fernando Valley Division            Alexandra Nukta                                Alternative Resolution Center
21041 Burbank Blvd,                     8961 Dicks Street                              Attn: President or Corp. Officer
Woodland Hills, CA 91367-6606           West Hollywood 90069-4806                      1875 Century Park East, Suite 450
                                                                                       Los Angeles, CA 90067-2506


American Express Bank, FSB              Amex                                           Amex
C/o Datamark, Inc.                      Attn: President or Corp. Officer               Attn: President or Corp. Officer
Attn: Merchant Financing Counsel        Po Box 981537                                  Po Box 981540
43 Butterfield Circle                   El Paso, TX 79998-1537                         El Paso, TX 79998-1540
El Paso, TX 79906-5202


Angela Pierce di Donato                 (p)BMW FINANCIAL SERVICES                      (p)BANK OF AMERICA
Law Offices of Angela                   CUSTOMER SERVICE CENTER                        PO BOX 982238
Pierce di Donato                        PO BOX 3608                                    EL PASO TX 79998-2238
1000 Lakes Drive, Suite 410             DUBLIN OH 43016-0306
West Covina CA 91790-2917


Bank of America Merchant Services       Bank of America, N.A                           Bank of America, N.A
Attn: Preisdent or Corp. Officer        Attn: President or Corp. Officer               Attn: President or Corp. Officer
Po Box 15618                            One Independence Center                        Po Box 15796
Dept. 940                               NC1-001-05-13, 101 N                           Wilmington, DE 19886-5796
Wilmington, DE 19850-5618               Charlotte, NC 28255-0001


Bank of America, N.A.                   Bank of America, N.A.                          Bruce Mihok
Attn: President or Corp. Officer        Attn: President or Corp. Officer               2219 Main St., Unit 268
4909 Savares Circle                     4909 Savarese Circle                           Santa Monica, CA 90405-2217
FI1-908-01-50                           Fl1-908-01-50
Tampa, FL 33634-2413                    Tampa, FL 33634-2413


California Department of Tax & Fee      Canon Financial Services, Inc.                 Capital One Bank (USA), N.A.
Administration/Special Ops, MIC:55      Attn: President or Corp. Officer               Attn: President or Corp. Officer
Po Box 942879                           158 Gaither Dr., Suite 200                     Po Box 30281
Sacramento, CA 94279-0055               Mount Laurel, NJ 08054-1716                    Salt Lake City, UT 84130-0281


Capital One Bank (USA), N.A.            (p)JPMORGAN CHASE BANK  N A                    Citibank, N.A.
Attn: President or Corp. Officer        BANKRUPTCY MAIL INTAKE TEAM                    Attn: President or Corp. Officer
Po Box 30285                            700 KANSAS LANE FLOOR 01                       Po Box 6217
Salt Lake City, UT 84130-0285           MONROE LA 71203-4774                           Sioux Falls, SD 57117-6217


Citibank, N.A.                          (p)DISCOVER FINANCIAL SERVICES LLC             Discover Financial Services, LLC
Attn: President or Corp. Officer        PO BOX 3025                                    Attn: President or Corp. Officer
Po Box 790034                           NEW ALBANY OH 43054-3025                       Po Box 3025
St Louis, MO 63179-0034                                                                New Albany, OH 43054-3025


Douglas Emmett 2013, LLC                Employment Development Department              Equifax
Attn: President or Corp. Officer        Bankruptcy Group MIC 92E                       Po Box 740241
1299 Ocean Ave., Suite 1000             Po Box 826880                                  Atlanta, GA 30374-0241
Santa Monica, CA 90401-1063             Sacramento, CA 94280-0001
```

Erin Marie Mihok
2219 Main St., Unit 268
Santa Monica, CA 90405-2217

Experian
475 Anton Blvd.
Costa Mesa, CA 92626-7037

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

(p)FUNDBOX INC
300 MONTGOMERY ST
SUITE 900
SAN FRANCISCO CA 94104-1921

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Jalilvan Law Corp.
Attn: President or Corp. Officer
8383 Wilshire Blvd., Suite 445
Beverly Hills, CA 90211-2449

Jonathan Ponsard
4530 NE 6th Avenue
Fort Lauderdale, FL 33334-2312

Kabbage Business Loan
Attn: President or Corp. Officer
PO Box 77073
Atlanta, GA 30357-1073

Kabbage Business Loan
Attn: President or Corp. Officer
PO Box 77081
Atlanta, GA 30357-1081

Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, Ca 90067-4120
Attn: Bernard R. Given, II

MBR Medical Beauty Research USA LLC
Attn: President or Corp. Officer
8484 Wilshire Blvd.
Beverly Hills, CA 90211-3219

MHD DIA AL NUKTA
2254 Wyndgate Court
Westlake, OH 44145

Mercedes-Benz Financial Services
Attn: President or Corp. Officer
Po Box 685
Roanoke, TX 76262-0685

Mercedes-Benz Financial Services
Attn: President or Corp. Officer
Po Box 961
Roanoke, TX 76262-0961

PNC Bank, N.A.
Attn: President or Corp. Officer
Po Box 3180
Pittsburgh, PA 15230-3180

PNC Bank, N.A.
Attn: President or Corp. Officer
Po Box 94982
Mailstop Br-Yb58-01-5
Cleveland, OH 44101-4982

PayPal/Venmo
Attn: President or Corp. Officer
2211 N. First St.
San Jose, CA 95131-2021

Porsche Financial Services
Attn: President or Corp. Officer
980 Hammond Dr.
Atlanta, GA 30328-6161

Spectrum Business
Attn: President or Copr. Officer
941 Charter Commons Drive
Chesterfield, MO 63017-0609

TransUnion
Po Box 1000
Chester, PA 19016-1000

United States Attorney s Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012-3336

United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044-0683

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Universal Contractors Inc.
Attn: President or Corp. Officer
8484 Wilshire Blvd.
Beverly Hills, CA 90211-3227

Wells Fargo Bank, N.A.
Attn: President or Corp. Officer
1 Home Campus
Mac X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Attn: President or Corp. Officer
Po Box 6995
Portland, OR 97228-6995

Wells Fargo Business Correspondence
Attn: President or Corp. Officer
Po Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Merchant Services
Attn; President or Corp. Officer
Po Box 6600
Hagerstown, MD 21741-6600

Wilshire Consumer Loans LLC
Attn: President or Corp. Officer
8484 Wilshire Blvd.
Beverly Hills, CA 90211-3227

(p)DIANE C WEIL TR
5950 CANOGA AVENUE SUITE 400
WOODLAND HILLS CA 91367-5037

Giovanni Orantes
Orantes Law Firm PC
3435 Wilshire Blvd Ste 2920
Los Angeles, CA 90010-2015

Omar Nukta
21900 Burbank Blvd., 3rd Floor
Woodland Hills, CA 91367-6469

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services
Attn: President or Corp. Officer
Po Box 3608
Dublin, OH 43016

Bank of America
Attn: President or Corp. Officer
Po Box 982238
El Paso, TX 79998

(d)Bank of America, N.A
Attn: President or Corp. Officer
Po Box 982238
El Paso, TX 79998-2238

Chase Card Services
Attn: President or Corp. Officer
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Attn: President or Corp. Officer
Po Box 15369
Wilmington, DE 19850

Discover Financial Services, LLC
Attn: President or Corp. Officer
Po Box 15316
Wilmington, DE 19850

Fundbox
Attn: President or Corp. Officer
300 Montgomery St., Ste. 900
San Francisco, CA 94104

Diane C Weil (TR)
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

End of Label Matrix
Mailable recipients    61
Bypassed recipients     0
Total                  61