**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email  kate.bunker@usdoj.gov

FILED & ENTERED

JUL 21 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**OMAR NUKTA**,<br><br>                    Debtor. | Case No.: 1:20-bk-10936-VK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(A) WITH A ONE-YEAR BAR TO REFILING PURSUANT TO 11 U.S.C. §§ 105(a) AND 349(a)**<br><br>[No Hearing Required] |

Based on the facts set forth in the stipulation *[doc. 18]* between the United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and Omar Nukta (the "Debtor"), by her undersigned counsel,

IT IS HEREBY ORDERED that the Debtor's chapter 7 bankruptcy case is hereby dismissed pursuant to 11 U.S.C. § 707(b)(3)(A).

IT IS FURTHER ORDERED that Omar Nukta shall be barred from being a debtor in any chapter for a period of one year without first filing an application with notice to the U.S. Trustee and obtaining permission of the Court.

###

Date: July 21, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

2